1  THE WILLIAMS LAW GROUP
2  Andrew Williams, Esq. (Bar No. 310526)
   Attorney for Plaintiff
3  6273 Sunset Drive
4  Suite D3
   South Miami, Florida 33143
5  Telephone: (253) 970-1683
6  Email: Andrew@TheWilliamsLG.com
   Secondary Email: WilliamsLawFlorida@gmail.com
7
   **Attorney for Plaintiff Victoria Inoyo**
8
9
                UNITED STATES DISTRICT COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
12

| | |
|---|---|
| VICTORIA INOYO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR VICTOR WORLDWIDE, INC., a New York Corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware Corporation; REPUBLIC RECORDS, INC., a New York Corporation; WARNER CHAPPELL MUSIC, INC., and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. 2:20-cv-10560 - DDP (MAAx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:　November 23, 2020<br><br>Current response date:　December 29, 2020<br><br>New response date: January 13, 2021 |

　　It is hereby stipulated and agreed by and between plaintiff Victoria Inoyo and defendants UMG Recordings, Inc., and Republic Records, a division of UMG Recordings, Inc. (collectively "UMG") (incorrectly sued herein as, alternatively, "Universal Music Group, Inc." and "Republic Records, Inc."), and Warner Chappell Music, Inc. ("Warner"), through their counsel, as follows:

　　Plaintiff filed the instant action on November 19, 2020.

- 1 -

SECOND STIPULATION EXTENDING TIME TO RESPOND

Plaintiff served the complaint on "Universal Music Group, Inc.," on November 23, 2020, and the parties agreed to deem such service as proper on UMG Recordings, Inc. and Republic Records, a division of UMG Recordings, Inc.

Plaintiff served the complaint on Warner on November 23, 2020.

The parties previously filed a stipulation on or about December 11, 2020, extending UMG and Warner's time to answer, move or otherwise respond to the complaint from the original date of December 14, 2020 up to and including December 29, 2020.

Pursuant to Local Rule 8-3, the parties hereto agreed on or around December 29, 2020, to further extend the deadline for UMG and Warner to answer, move or otherwise respond to the complaint in this matter up to and including January 13, 2021; however, due to the intervening holidays, the parties were unable to formally execute this stipulation until today. As the stipulation does not extend the time for UMG's and Warner's responses by more than thirty (30) days, approval by the Court is not required.

Dated: January 4, 2021

        THE WILLIAMS LAW GROUP

By: *Andrew Williams*
    Andrew Williams, Esq. (Bar No. 310526)
    Attorney for Plaintiff

Dated: January 4, 2021

By: [signature]
    JoAn Cho, Esq. (Bar No. 186234)
    UMG Recordings, Inc.
    2220 Colorado Avenue
    Santa Monica, CA 90404
    Tel: (310) 865-9629
    Fax: (310) 865-1405

SECOND STIPULATION EXTENDING TIME TO RESPOND

Email: joan.cho@umusic.com

**Attorney for Defendants Universal Music Group, Inc. and Republic Records, Inc.**

Dated: January 4, 2021

By: _____
Timothy Meade, Esq. (Bar No. 278570)
Warner Chappell Music, Inc.
777 S. Santa Fe Avenue
Los Angeles, CA 90021
Tel: (310) 441-8729
Fax: (310) 470-2875
Email: tim.meade@warnerchappell.com

**Attorney for Defendant Warner Chappell Music, Inc.**

SECOND STIPULATION EXTENDING TIME TO RESPOND