# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA INOYO,<br><br>    Plaintiff,<br><br>  v.<br><br>VICTOR VICTOR WORLDWIDE, INC., a New York Corporation; UNIVERSAL MUSIC GROUP, INC., a Delaware Corporation; REPUBLIC RECORDS, INC., a New York Corporation; WARNER CHAPPELL MUSIC, INC., and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 2:20-cv-10560-ODW (MAAx)<br><br>**PLAINTIFF VICTORIA INOYO'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT:

1. Plaintiff VICTORIA INOYO ("Plaintiff"), hereby voluntarily dismisses this action and her claims with prejudice.

2. Plaintiff and the Defendants shall each bear their own costs and attorneys' fees.

Dated this __13__ day of January  2021.

Respectfully submitted, THE WILLIAMS LAW GROUP

                                    BY: __/s/Andrew Williams_____

                                         Andrew Williams, Esq.